UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

Gene Curtis Roper )
#72652-510 )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

DOJ; F.B.O.P., F.C.I. TALLADEGA; )
State of ALABAMA, The Executive )
Staff of FCI TALLADEGA; Warden B.D. WALKER )
(Enter above the NAME of each Et;AL.
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( )

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: N/A

        Defendants: N/A

1

2. COURT: (If federal court, name the district; if state court, name the county): N/A

3. DOCKET NUMBER: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: D.O.J.; F.C.I Talladega, 565 E. Renfroe Rd. Talladega, Alabama 35160

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? All Steps Necessary to Exercise My Administrative Remedys ACT.

2. What was the result? Still awaiting Final Step Response

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Gene Curtis Roper

Present address: 565 East Renfroe Rd Talladega, AL 35160

Permanent home address: _____

Address of nearest relative: Anita Roper 3513 Marbleton Rd, Johnson City/Unicoi TN 37646

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: DOJ; F.B.O.P.; FCI Talladega; The State of Alabama; Executive Staff of FCI Talladega; Warden B.D. Walker; Et; AL;

Official position: Stated above and not Enough Room to state all other staff;

Place of employment: Federal Bureau of Prisons, F.C.I. Talladega, The State of Alabama

C. Additional defendants: Captain Clark; T. Shelton; Cody Patterson; C/O Kennedy Food Service Staff; C/O H. Andersen; S.I.S. Staff at F.C.I. Talladega; all Executive Staff; F.B.O.P. Administrator(s); ET; AL; along with The Administrative staff as well as Regional Offices.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Retaliation; Excessive Unlawful force; Multiple Violations of my Civil Rights, Physical Assault, False Confinement, Fives+

3

Amendment Violations; 8th and 6th Amendment violations; Racial Bias; Neglegence; Malicious Conspireitoral Intent to Cause Harm in multiple perspectives; With Holding All Legal Mail and Personal Mail; Hippa Law Violations; Sexual Harrassment; Intentional Infliction of Physical, Mental, Emotional, Distress and Duress upon Mental Health Persons; Hate Crimes; Descrimination; Intentional Bias; Deliberate Indifference; Interfering with Internal Affairs Investigations; Hindering & Preventing Access to The Courts; Violations of The Conditions of Confinements Act.; Violations of The Administrative Remedys ACT; Multiple U.S.C. Violations; Malicious Intent to Cause me Physical Harm; Constant Intentional Harrassment By Executive and Regular Staff; Pain and Suffereing; Cruel and unusual Punishment without Cause or Provocation; All come from Me filing Grievances oN Foodservice Administrators for Threats, Retaliation, Non Payment of my Pay Grade 1; Racism, and continuous Retalictions for Exercising my Rights Peacefully! I've got an Excessive amount of other Things to present in Court including Witnesses; Documents I've sent to My Attorney; I have all of Them Dated and Documented since My mail Has Been unlawfully withheld. I'd Like to ask This Court to Please understand that I'm Limited Due to Reasons Stated above and Lack of means; I'm unable to Elaborate on The above Reasons (FACTS), further due to Limited Space and means! Will Produce the further discussions in Court.

4

V.   RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

Them to Be Banned from any Government work; Prosecuted to the Fullest Extents of Law, Award me Monetary damages, Compensatory damages, Punitive Damages, for False Imprisonment, Negligence, Excessive Force, Multiple Violations of my Legal, Civil, Personal, Physical Rights, Pain and Suffering and Continuous Malicious Retaliations Against me, I seek All Available Monetary, Compensatory, and Punitive damages to the Fullest Extent for all I've Unlawfully Endured.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __22nd__ day of __August__, 20__25__.

_____
Signature of plaintiff(s)

5